ACCEPTED
03-15-00439-CR
6753529
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/1/2015 5:08:32 PM
JEFFREY D. KYLE
CLERK

CASE: 03-15-00439-CR

JOHN GABRIEL ESQUIVEL ) THIRD COURT
Appellant )
)
) FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
vs. ) OF APPEALS 9/1/2015 5:08:32 PM
)
) JEFFREY D. KYLE
Clerk
)
THE STATE OF TEXAS ) STATE OF TEXAS
Appellee )

---

## MOTION TO WITHDRAW AND  SUBSTITUTE COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JOHN GABRIEL ESQUIVEL, Appellant in the above styled cause, and would show the Court as follows, the Appellant wishes to withdraw and substitute counsel.  Gregory Sherwood currently represents Appellant as Attorney of Record.   Appellant wishes to substitute the following counsel, Amber Vazquez Bode.   Undersigned counsel has contacted Gregory Sherwood and he has no objection to this motion, as evidenced by his signature below.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court allow the Motion to Withdraw and Substitute Counsel of Record, and Amber Vazquez Bode be the attorney of record, as set forth herein.

Dated: August 24, 2015

Agreed: _____
Gregory Sherwood
P.O. Box 200613
Austin, Texas 78720
Phone: 512-484-9029

Bar # 18254600

_____
Amber Vazquez Bode
Vazquez Law Firm
1004 West Ave.
Austin, Texas  78701
512-220-8507 office
512-480-0760 facsimile
Texas Bar Number 24039225

# CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the forgoing Motion to Withdraw and Substitute Counsel of Record via Certified Mail and First Class Mail, on this 1st day of September 2015, as follows:


**Rosemary Lehmberg-Certified Mail-7014 1200 0000 9544 6223**
Travis County District Attorney
P.O. Box 1748
Austin Texas 78767
512-854-9400


**Lisa C. McMinn-Certified Mail-7014 1200 0000 9544 6230**
State Prosecuting Attorney
PO Box 13046
Austin, TX 78711-3046
(512) 463-166


**Angela Chambers-Certified Mail-7014 1200 0000 9544 6247**
299th District Court Reporter
509 W 11th Street, 8th Floor
Austin Texas 78701
512-854-9353


**Gregory Sherwood-Certified Mail - 7013 1710 0002 3437**
P.O. Box 200613
Austin Texas 78720
Phone: 512-484-9029


**John Gabriel Esquivel-Certified Mail-70131710000234378906**
Garza West Unit
TDCJ: 02008263
4250 Highway 202
Beeville, Texas 78102
SID: 06050251


/s/ Amber Vazquez Bode_____
AMBER VAZQUEZ BODE

CASE: 03-15-00439-CR

| | | |
|---|---|---|
| JOHN GABRIEL ESQUIVEL<br>Appellant | ) | THIRD COURT |
| | ) | |
| vs. | ) | OF APPEALS |
| | ) | |
| THE STATE OF TEXAS<br>Appellee | ) | STATE OF TEXAS |

---

## ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

On this the _____ day of _____, 2015, came on to be heard Appellant's Motion to Withdraw and Substitute Counsel of Record. The Court having considered same, finds that the Motion should be: GRANTED / DENIED.

Signed this _____ day of _____, 2015.

_____
**JUDGE PRESIDING**